# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 187 EAL 2017

Respondent    :

   :    Petition for Allowance of Appeal from
   :    the Order of the Superior Court

v.    :

SHYKEIR SMITH,    :

Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 11th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.